RECEIVED

JAN 14 2025

Legal Programs Department

United States District Court
Middle District of Louisiana

U.S. ex Rel Antoine Edwards 748056
Pro se

Complaintant-plaintiff-petitioner

v.

SCANNED at LSP and Emailed
1-14-25 by JB . 24 pages
date   initials   No.

Angola Dept of public Safety and Correction ETAl
William Rosso, Major Sterling
Johnnie Gorden, Chase Boitout
Sued in Individual Capacities and
official Capacities
Filed 1-12-2025 Direct to:

Complaint
Jury Trial Demanded

/S/ _____
Clerk of Court

U.S. Marshall office Service
U.S. Attorney General office
U.S. Solicitor General office
U.S. Dept of Justice F.B.1 Service office
U.S. pro se Clerk office

Petition for Redress of Grievance
42 U.S.C § 1981, 42 U.S.C. § 1983 Complaint F.R.C.P. 4 (e)(2)
F.R.C.P. 4(c)(2) Emergency Action, Judgment on the merit.

ORDER

May IT please This Honorable Court Invoking Bill of Right.
And privilege And Immunity U.S. Const Art IV Invoked.
Preliminary Statement

This is a petition of Redress of Grievance As Exhausted All Remedy
for violation of 6th Amendment speedy Trial claim. As been Deprived
of Access to court, Contradictory hearing, And Court dates. see
LSP-2024-0844 As Denial to merits. Also been Deprived of
Merits for 5 years As August 26, 2019 speedy Trial violation
Seeking Demand of Judgment As Entitlement For Judgment and
Ruling on the merit For speedy Trial Act. Invoking Expedited Proceeding

1

# Table of Content

Page

Preliminary statement — 2
28 U.S.C § 1331 Federal Question — 2
Pro se status — 3
Law of Nature God precedent Holy writ — 3
Jurisdiction — 4
Parties, Notice of claim — 5
Proximate cause, Defendant D.P.S&C — 6
Exhausted Remedy — 6
Imminent Danger — 6
Affadavit — 7
William Rosso proximate cause, 42.U.S.C § 200cdd — 7
Negligence — 7
42 U.S.C § 1981, Racial Discrimination, Retaliation witnesses — 8
Conspiracy Retaliation, Failure to Act to physical harm — 9
Defendant Johnnie Gorden 8th Amend vio, Negligence — 10
Defendant Chase Boitnor, Negligence, Deliberate Indifferent — 11
Defendant major Sterling Deliberate Indifferent, retaliation — 12
Conclusion, Affadavit — 13
Claim for Relief — 14
Relief Requested Demand for Judgment — 15
— 16
Awards Continue — 17
Refuse to give Documentation official record — 18
Affadavit, legal notice public Announcement — 18
Service Instruction — 19
Please serve Defendant by mail — 
Summon — 1
Motion for leave forma pauperis — 1-2
ORDER — 1

As those over Due Merits In the Gross Injustice by Miscarriage of Justice Have A Right to Judgment under Barker v. wingo Supra As Merits will Solve All problem by law.

<u>Preliminary Statement.</u>

This is a civil Action filed by Antoine Edwards, A prisoner at Angola Dept of public Safety and Correction being held under Unlawful Confinement seeking Demand of Judgment and money Damages and Injunctive relief Under 42 U.S.C. § 1981 racial Discrimination and 42 U.S.C § 1983 alleging 42 U.S.C. 2000dd cruel and unusual punishment, wrongful Detention, Deliberate Indifference to medical need. Under Involuntary Solitary Due to Speedy Trial Act violation As ongoing Conspiracy Have offender Housed Around Mental patients who throw feces and Urine In violation 14th Amendment Due process. Also Racial Discrimination 42 U.S.C. § 1981. As violation Right to humane Treatment Under LSA Const Art 1 § 20, LSA Const Art 1 § 2. As to Color of law and retaliation was force to Drop A.R.p. on T.V Administration For failure to release After proscribe time is up. As to violation of Federal and State Constitutional Right and Federal And State laws. And failure to give forma pauperis Paper Also Documentation Due to this proof.

<u>28 U.S.C. § 1331 Federal Question</u>

1. what is the Remedy for Deprivation of speedy Trial Act of U.S. 6th Amendment And LSA Const Art 1 § 16?

Respectfully Submitted    Antoine Edwards 748056
Pro se plaintiff

## Pro Se Status

The Court must Construe the claims Contained therein liberally. see e.g Anderson v. Hardman, 241 F.3d 544, 545 (7th Cir. 2001) Also prose is not to be held at Strict Standard as a Professional lawyer. See e.g Haines v. Kerner, 404 U.S. 519, 520, 92 S.ct. 594, 30 L.Ed.2d 652 (1972) As to Entitlement And mis carriage of Justice As vindication of Federal law as supreme law of the land 1st Need Ruling on 6th Amendment Speedy Trial Act claim As legal Right And legal claim seeking Adjudication And Judgement on the Merits. Under 28 U.S.c § 1651(a) for proper Relief Under 28 U.S.c.§ 2202 for personal Jurisdiction in Personam for speedy Trial claim.

Law or Natural GOD precedent Holywrit precedent GOD providence

In the Name of GOD the most Gracious the most Merciful.

Leviticus. 19:15 Do not twist Justice in legal matters by favoring the poor or being partial to the rich and powerful. Always Judge People fairly. Deuteronomy 16:19 You must Never twist justice or Show Portiality. Never accept a bribe, for bribes blind the eyes of the wise and Corrupt the Decision of the GODLY. Isiah 33:22 For the Lord is our Judge, our law giver, and our king. He will Care for us. Hebrew 12:23 He is referred to as GOD, the Judge of all. Roman 14:10 we will all stand before the Judgment seat of GOD and each of us will give a personal Account to God. Luke 18:7 And will not GOD bring about Justice for his chosen ones who cry out to him day and night Roman 8:31 If GOD is for us, who can be Against us? Roman 8:1 So Now the case is closed, there remains no Accusing voice of condemnation against those who are in life union with Jesus, the Anointed. GOD witness this Gross In Justice These Are the last Days. Amen. God bless you.

## Jurisdiction Clause

1. The Court has Jurisdiction over plaintiff claim of violation State law and federal and State constitutional Right For Exclusive venue pursuant to La C. P. Art 851-893 for West feliciana parish. pursuant to La R.S. 15:1184 (f) In Accordance with prison Litigation Reform Act for Proper Trial mode and venue.

2. Jurisdiction Invoked Under LSA Const Art 1822 Right to Access Court without Denial or Portiality. Under LSA Const Art 1815 Initiation of prosecution Invoking Declaration of Right Under LSA Const Art 181 as Justice for All. Invoking Diversity Under 28 U.S.C. § 1332 (a)

3. Jurisdiction Invoked Under LSA Const Art 1826 Right to Self Government with exercise of every, Right, Power and Jurisdiction Invoking LSA Const Art 182 Due process or law And LSA Const Art 183 equal protection of the law. Under 28 U.S.C. § 2202 for Relief

4. The Court has Jurisdiction over plaintiff's claim of violation of federal constitutional Right Under 42 U.S.C §§ 1331(a) and 1343

5. The Court has supplemental Jurisdiction over the plaintiff's state law tort claim Under 28 U.S.C § 1367 for Pendent Jurisdiction under Concurrent Jurisdiction for Judgment on the merits. Invoking Bill of Right to proceed. Remand Judgment As Right to Republic Government U.S. Const Art IV.

4

Parties

Plaintiff Antoine Edwards 748056 Pro Se
17544 Tunica Trace
T.U UppeR F#9
Angola LA 70712

Incarcerated At Angola Dept of public Safety and Correction

Defendant - Notice of Claims

William Rosso Assist warden At Angola Dept of public safety and Correction. Over T.U Administration All have Same Address 17544 Tunica Trace Angola LA 70712 for Summon.
8th Amendment violation, 1st Amendment violation. LSA Const. Art 1§20. LSA Const Art 1§2. 14th Amendment Due process.
① Deliberate Indifferent ②. Cruel and Unusual punishment ③ Negligence ④ Breach of Duty or standard Care. ⑤ malfaesance ⑥ Racial Discrimination ⑦ Color of Law ⑧ Retaliation

Johnnie Gorden is Lqt At Angola D.P. S&C At T.U. Admin 8th Amendment violation Deliberate Indifference. LSA Const Art 1§20 ① Negligence, ② Color of law ③ Breach of Duty Standard Care. ④ failure to Act

Chase Boitnot Captain At Angola D.P. S&C At T.U. Admin 8th Amendment violation Deliberate Indifferent, LSA Const Art 1§20 ① Negligence ② breach of Duty of standard Care ③ Harrassment ④ Racial Discrimination ⑤ Color of law ⑥ failure to Act

Major Sterling Major At Angola LA D.P. S&C At T.U Admin 8th Amendment Deliberate Indifferent to medical need LSA Const Art 1§20 ① Negligence ② Breach of Duty Standard Care ③ Harassment ④ Color of law ⑤ failure to Act
All Conspire together. Respectfully Submitted Antoine Edwards

Proximate Cause 6th Amendment Speedy Trial claim 08-26-2019.
Defendant Angola Dept of public safety and correction
17544 Tunica Trace Angola La 20712, Proximate Cause
8th Amendment violation, 6th Amendment violation speedy
Trial claim ① 18 U.S.C. § 120(a) Unlawful confinement
② color of law ③ Breach of Duty R.Sr 15:824 no commitment
sentencing ORDER. ④ 42 U.S.C. § 2000dd

As the Dept of public Safety And correction hold plaintifs without
R.S.15:824 commitment of person to .D.P.S&C Under Cruel and
Unusual punishment In violation of 8th Amendment. As to the
proximate Cause On August 26, 2019 speedy Trial claim violation
which resulted In Unlawful confinement 18 U.S.C § 1201(a)

19th J.D.C. Case 753 477 Exhausted All Remedies.
As Exhausted All Remedies. In LSP. 2024-0844 As Denied
relief. As Prison failure to give Documentation while being on
Involuntary Solitary for 4½ years. A.R.P. System Inadequate.
Imminent Danger.

18 U.S.C § 120(a) Unlawful Confinement. 42 U.S.C § 2000dd
Cruel and Unusual punish. 8th Amendment Deliberate Indifforent
Suffering from Sciatica nerve problem And being Denied
medical Treatment. As been Under Unlawful confinement.
Kidnapped Due to Partnership of orleans parish as Judge
failure to give merits. As legal Right. Entitlement to
freedom Since August 26, 2019, Speedy Trial claim
Under Barker v. Wingo Supra, As to barely can walk Due
to Negligence of medical Treatment. need Help.

6

STATE OF LOUISIANA )
                   )    Affidavit of Antoine Edwards
WEST FELICIANA PARISH )

Antoine Edwards being first duly Sworn, Reposes as follow.

Proximate Cause. Cruel and unusual punishment failure to Release After proscribe time is up 6 month no write. Failure to release to population

42 U.S. §2000d Involuntary Solitary cruel and unusual punishment

Defendant William Rosso is Assist WARDEN At Angola Dept of public Safety and Correction, who is over T-U Administration Has been Negligence in breach of Duty. As failure to follow Postal policy of 90 day review board Release. Have A Right to population, G.E.D. vocational training. As I Ask why I was not release, Due to Color of law Abuse of power Refuse to release After Sanction time is up. As to malfae sance to Properly follow rule and regulation.

Negligence Wrongful Detention

As to Color of law which Resulted In wrongful Detention, which is cruel and unusual punishment In violation 8th Amendment of U.S. Constitutional Right Also LSA Const Art 1 § 20 Right to humane Treatment. As T-U-Treatment unit is Housed for mental patients. As Mr. Edwards Does not have a mental problem. As these patient throw feces and urine to fight. As to the last 6 month with out Right. As to the last 3 falsify write when 3 inmates throw feces and urine on me. And mr. Edwards was wrote up falsely. As If I was fighting, As Entrapment. As malfae sance failure to release After 90 days. Denial of Equal protection and treatment.

42 U.S.C. § 1983

## Racial Discrimination 3

As All T.U High Ranking is white people with Discrimination
Many times I Ask WARDEN Rosso to Release to population.
As the PRISon failure to give Documentation, As Docket
master, uniform Commitment sentencing ORDER, which they
Don't have to have a lawful Continement Under R.S. 15:824
Commitment of person to D.P.S&C. As Docketmaster have
proof of speedy Trial claim violation of proximate Cause.
    As to unlawful confinement been held Under cruel
and Unusual punishment for 4½ years. been held 2 years
In T.U. Administration Entrapment Around mental patients

## Retaliation 1st Amendment violation 4

As MR Edwards filed A A.R.P. On William Rosso And T.U Admin.
for Racial Discrimination in Equal Protection violation, And
Equal treatment As to being held Under Involuntary Solitary. As
One Guy was Release And He just throw feces on me. Inmate name
Eddie. As On 1-5-2025 WARDEN Rosso was making Rounds
which he threaten me to Drop the A.R.P. or Never be release out
T.U. In which I comply out of fear Lgt Gorden came with
the slip.

## Denial medical treatment Deliberate Indifferent 5
### witnesses Also

As Rosso told Captain Boitnot and Major Sterling make Sure that
I go to the Dr. In which I was not brought. It has been going
on for month from fluid, to SciAtica Nerve problem, also feel
like a Dislocated Disc in my Back, barely can walk. Still
Need medical Attention. As the Dr. Failure to do X-Ray. I told
All these As witnesses At T.U Administration. MSgt. Williams.
Msgt Thompson, MSgt Franklin, Captain Boitnot, Lgt Gorden.
Major Sterling All Higher Rank could have helped But didnot.

8

## Conspiracy Retaliation to take Board Away

On 1-10-2025. WARDEN Rosso and his T.U Administration had made Rounds I told Rosso I still need medical Attention. Instead of Assisting MR. Edwards. They had other plans to take my board after I was force to Drop A.R.P. As I asked for help and was Denied. As Captain Boitnot And Major sterling came harass me to falsity a write to take my board Away. Due to having le month No write And Not getting into trouble with there mental Patient. This has always been going on they send A lower Rank to falsity write up to keep Inmates In cell especially me Cause I know how to do law. As to the racial Discrimination stated in a Joke make the Board As they had falsity a write on 1-10-2025 as Proof will be shown. As Suffering from Cruelty inaction.

## Failure to Act to physical harm

As to Rosso, Boitnot, sterling Deliberate Indifferent to medical Need, As violation USA Const Art I § 20 Right to humane treatment. As It is only getting worseR. It's been going A month As the physical pain is excruitating. As Correction Officer have A Duty to protect, As to the uncivilized Acts of these white officer lack of Dignity, And Civilized standard when A Inmate is hurt it is proper to Give him medical Attention, As lack of care, wanton Disregard For the Safety and well being of MR. Edwards. As to the cruelty of these officer to help As they use Lut Gordon As Pawn to Carry out there Dirty work. The same way Rosso Used Captain Boitnot And sterling for Retaliation for A.R.P.

9

Defendant Johnnie Gorden

8th Amendment violation Deliberate Indifferent to medical Need

As Mr Edwards Informed Lqt Gorden of medical need of physical Pain. As to back, hip. knee and Ankle is in excruitating Pain. As All been Informed of Sciatica nerve problem, also feel Like a Dislocated Disc in my back, As barely con walk or stand up long. As to the Negligence and Breach of Duty of Reasonable Care And failure to protect. As Lqt Gorden Could have informed the WARDEN over the prison Darrell vannoy of how they failure to Attend to Medical Needs of MR. Edwards. As the Reckless behavior of Higher Rank.

Negligence Failure to Act, Failure to protect

As to violation of LSA Const Art 1 § 20 Right to humane treatment As to All the officer is callous Neglect to provide medical treatment to physical pain As on his shift him and Captain Boitnot Both failure to call Ambulance that was on 1-6-2025. This Pain is only getting worster. As There WARDEN has the proximate cause failure to release to population. As Lqt Gorden know that these Racist officer is full of Discrimination. As to Color of law failure to protect from his Supervisor. As Lqt Gorden Should have reported them As those 3 white officer use Lqt Gorden As A pawn. Same As William Rosso used Captain Boitnot And major sterling to retaliate for the A.R.P. Against T.U Administration Discrimination In treatment.

Defendant Chase Boitnot.

10 Negligence, failure to Act

As the pain been going on for a month its only getting worster as On about 1-7-2025. I was on my hour In which my leg gave out Due to the pain I fell to the floor In which the negligence And Breach of Duty of Reasonable Care. Chase Boitnot Refuse to call the Ambulance Due to Excruitating pain In my leg As Deliberate Indifference In violation U.S. Constitional Right Right to emergency medical need. AlsoLSA Const Art l § 20 As to color of law Abuse of power. Had to drag myself to my Cell. And still failure to Act to medical need.

11 Deliberate Indifference to medical Need.

As to the failure to Call Ambulance was Deliberate Indifference In deprivation of medical treatment. As WARDEN Rosso gave them a ORDER on the Day I was force to drop A.R.P on T.U Administration for Cruel and Unusal punishment for failure to release to population after Proscribe time is up. After I drop the A.R.P. They Came In Retaliation. Rosso, Boitnot, Sterling

12 Retaliation falsify write up

On 1-10-2025. I informed WARDEN Rosso of the failure to Act and Deliberate Indifference to medical Treatment. As to on this Day Instead of being brought to medical to get x-Ray and treatment was force by unreasonable Search in Retaliation to falsify write up. In which all Deprived out the reason I stop them for medical Treatment

11

Defendant Major Sterling

## Deliberate Indifference to medical need

As Major sterling was making rounds As I always tell all who work that I need medical treating. In which he was Deliberate Indifference to medical need. As failure to Act And Breach of Duty to have reasonable Care. Also he is known for his racial Discrimination to me from a few years Ago. As to the Negligence In failure to provide medical treatment as legis in truly excrutiating pain Can't walk long are stand up long.

## Retaliation

On 1-10-2025 the day Rosso and Boitnot and Major Sterling was making Rounds instead of them Reply to the reason I stop them about my medical need. See Camera footage 1-10-2025 Etier 9:41a.m to 10:20 a.m. Instead I was harass by Unreasonable search in which there plan was to write me up and take my board due to 6 month no write up. Also in retaliation for the A.R.P. that I was threaten to drop from WARDEN Rosso on I-U Administration As this been going on for 4½ year Deprived out of population And Right to humane Treatment LSA Const Art 1§20. As to the record will reflect that they Refuse to release After proscribe time is up. Also failure to give Document I been Asking FOR. As to these 3 Rosso, Boitnot, sterling Always have A Racial Attitude toward me that's why they be keeping me in the cell to Always take Adventage of me. And falsify write up. As to failure to Act.

## Conclusion

For the pass month been under cruel and unusual punishment, by color of law failure to follow postal Policy to release out of Involuntary cell confinement. As All Defendant Deliberate indifference to medical Treatment. failure to have offender sent to medical for treatment. As All of them is Racial Discrimination by failure to Act. As to the breach of Duty For reasonable Care. They refuse to give Documentation, failure to provide Basic need. the last 3 write up was thrown feces and urine on And falsify write stating that Rule was If I had a fight in which they failure to protect from there mental Patient.. As to Retaliation for A.R.P. On T.U Administration For on 1-10-2025 Instead of helping shook me down and falsified a write. to keep me In Involuntary solitory this been going on for 4½ Never been release not one time. As to the real Proximate Cause of All trouble August 26, 2019 Speedy Trial claim release Date by law. As Entitlement And legal by law to freedom

## Affidavit

I Swear All is true and Correct to the best of my knowledge Under the penalty of Perjury 28 U.S.C. § 1746 As Entitle to Redress by law.

Respectfully submitted

Done __12__ January 2025 Angola Lt 20717

Antone Edwards 745056
17544 Tunica Trace
Angola Lt 20712.

13

Claim for Relief

1st proximate Cause 6th Amendment speedy Trial claim Act merits.

1. Dept of public Safety and Correction Unlawful Confinement, No Uniform Commitment ORDER R.S. 15:824. As Decoy and Carried Away Unlawfully. As to proximate Cause Speedy Trial violation of U.S. 6th Amendment And LSA Const Art 1816 As vindication of Federal And State Constitutional violation Seeking Demand for Judgment on the Merit A.S.A.P 42 U.S.C. § 2000dd, 18 U.S.C. § 1201(a) As to unlawful Confinement. As Entitlement to freedom need over Due Merits Since August 26, 2019 this is the Day. See Documentation In LSP-2024-0844 Denial of Relief, Need Merits will Solve All things

2) The failure to Act William Rosso, Major Sterling, Johnnie Gorden, Chase Boitnot Deliberate Indifferent to medical need. By breach of Duty of Reasonable Care, lack of Due Care, reckless behavior, callous neglect to physical Pain, As back, hip, Knee, and Knee been hurting Suffering physical emotional, and psychological pain Due to the failure of Dignity to have the Decency to help as A Right to medical Attention. As physical pain And mental Anguish

3. 2nd proximate Cause William Rosso failure to follow postal policy after proscribe time is up. Also 90 day board review. As S.C.O.T.U.S stated 30 day max Due to psychological Impact of cell Confinement had 6 month a write. Due to lack of space and opportunity And lack of Recreation time as 23-1 with no time to exercise properly Also its winter, its cold. As to the cruel and unusual punishment Suffering physical pain, mental Anguish, humiliation, and embarrassment as Im In prison In prison they refuse to let me out to population Interfering with interaction with friends and family also Refuse to put in G.E.D. vocational training As It is a Conspiracy to keep me in the cell Due to Speedy Trial violation that warrant Dismissal by law Need Merits-14

Relief Requested    Demand for Judgment

Wherefore, plaintiff request that the court grant following relief

A. Issue an Injunction ORDERING Defendant William Rosso and their Agent to:

1. Immediate arrange for plaintiff to receive medical Attention by a quality physician.

2. Immediate arrange for plaintiff need for physical therapy expertise in treatment and Restoration of function of leg. Hip. Knee, Ankle, And Back pain.

3. Carryout without Delay the treatment directed by such medical.

4. Release the plaintiff from punitive Segregation, preventing
1. Disciplinary segregation and place in general population with restoration of all Rights and privileges.

5) Expunge the Disciplinary conviction described in this complaint from plaintiff's Institutional record.

6. Give all Documentation from official record, as Bill of Information, Docket master, Also Copy at Inmate Banking Account, Along with forma pauperis slip that they refuse to give me.

B. Award Compensatory damages in the following Amount

1. 10,000 against William Rosso for the cruel and unusual punisnment. Deliberate Indifference Negligence, Racial Discrimination, Retaliation for the physical and emotional Injuries as a Result of Color of law Due to breach er Duty for lack of Reasonable Care for medical Care.

15

2. 2,000 against Johnie Gorden for Deliberate indifference Negligence, Breach of Duty for Reasonable Care for Injuries resulted in failure to protect failure to provide medical treatment in Resulted in physical pain and emotional pain in the failure to Act. for Plaintiff

3) 7,000 Against Chase Boitnot for Deliberate Indifference for medical Denial, Harrassment, Racial Discrimination Negligence, Breach of Duty of Reasonable Standard Care falsifying write up, Right to humane Treatment, Color of law As Resulted in physical and emotional pain and suffering by failure to provide medical Care to plaintiff

4. 7,000 Against Major Sterling for Deliberate indifferent, Negligence Breach of Duty of Reasonable Care, Color of law, Racial Discrimination, Harrassment, Color of law in failure to Provide medical care for the Plaintiff As A Right to humane treatment In Denial of medical Attention

C. Award punitive Damages in the following Amount

1. 3,000 each against Defendant, William Rosso Chase Boitnot, Major Sterling
        D.P.S&C Award relief
D. Grant such other relief as it may Appear that Plaintiff Entitled to As to legal claim, legal Right As proximate Cause 6th Amendment Speedy Trial Claim Entitlement Judgment on the merit 50,000

Date 1-12-2025
        Respectfully submitted

Antone Edwards
17544 Tunica Tracy
T-Upper F#9
Angola LA 20712

16

refuse to give me my own Documentation official Record

1. Ask for Indictment, Docketmaster cause it have proof Of 18 U.S.C.-§ 1201c Un lawful Confinement no LSA R.S. 15:824 Commitment ORDER from LA Supreme Court to be lawfully In Angola. O.P. S&C.

2. Also proof of Speedy Trial claim that is automatic Dismissal As the prison failure to take to Contradictory hearing for Release As Judge failure to give merit. As I told Baton Rouge Commissioner to Send Concurrent Jurisdiction of Judicial Review Case # 753477 Section 24. Jermaine Guillory Section C.

3. Also Inmate Banking failure to give Copy of forma Pauperis Slip, Due to Stealing 200 dollar from money ORDER from Angie Robertson sister

4. As to Speedy Trial claim legal Right been since August 24, 2019 As proximate Cause been suppose to be home that why It's A Continue Conspiracy to keep me in the cells. But those merits is Entitlement for Freedom. Need Day In Court. for Justice LSA Const Art1§1

As All is Documented. And Can be Proved All I need is my Documentation But all of these Document is in the Case Above It's taking too long for Justice. I serve a might GOD Tell Judge Send Case down to Clerk of Court and Investigative Serve. Need Trial on merits Please.

## Affidavit

I swear all is True and correct to the best of my Knowledge under the penalty of perjury 28 U.S.C § 1746 As Entitle to Redress And privilege And Immunities

Respectfully submitted

Antoine Edwards pro se
Antoine Edwards
17544 Tunica Trace
T. Uupper F #9
Angola LA 70712

Done _12_ January 2025 Angola Louisiana

Invoking 1st Amendment Service of Process.

Legal notice    Public notice, publicity notice

I hereby serve this foregoing motion to the Clerk of Court As this motion or petition for Redress and Grievance and Constitutional tort. I hereby Ask that under 1st Amendment freedom of press that there be A public Announcement Invoking 1st Amendment freedom of Press. Also hereby Ask clerk to serve all Parties As Indigent Under cruel and unusal punishment Cannot move are timely get help. urgent matters.

Service Instruction
E- Notify Please serve. CC:
Clerk of Court, Investigative Service
5483 Hwy Cel
St francis ville La 70775

Baton Rouge New Station
Investigative service
New orleans News Station
Investigative service.

D.O.C. Headquarter
205 may flower St
Baton Rouge LA

ACLU
Shirley peddler
921 Canal St Suite 1237
New orleans LA 70112

18

please serve by mail to Defendant

William Rosso. Assist WARDEN OFFICE
17544 Tunica Trace
Angola LA 70712


Chase Boitnot Captain
T.U. Administration
17544 Tunica Trace
Angola LA 70712


Johnie Gorden Lqt
T.U Administration
17544 Tunica Trace
Angola LA 70712


Major Sterling
T.U Administration
17544 Tunica Trace
Angola LA 70712


Dept of public Safety and Correction
Darrel Vannoy WARDEN
17544 Tunica Trace
Angola LA 70712


19